UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
NOV 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) CASE NO. 1:13-CR-247 LJO
)
KEVIN WILLIAM SMITH )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum         ( ) Ad Testificandum.
Name of Detainee:   Kevin William Smith
Detained at (custodian):   Fresno County Jail

Detainee is:   a.)   (x) charged in this district by:
        (x) Indictment     ( ) Information     ( ) Complaint
Charging Detainee With:   **18/922(g)(1) - Felon in Possession of a Firearm and 21/841(a)(1)- Possession With Intent to Distribute Cocaine Base**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (x) return to the custody of detaining facility upon termination of proceedings
or         b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on **Thursday, November 21, 2013 @ 1:30 p.m.**

        Signature:  /s/ Kimberly A. Sanchez, Assistant U.S. Attorney
        Printed Name & Phone No.:  KIMBERLY A. SANCHEZ
        Attorney of Record for:  UNITED STATES

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date   11/20/2013                           United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X   Female ☐ | |
| Booking or Fed. Reg. #: | 7004226 | DOB: | 8/26/1988 |
| Facility Address: | Fresno County Jail | Race: | Black |
| | | FBI #: | |
| Facility Phone: | | | |
| Release Date: | 12/24/2013 | | |

**RETURN OF SERVICE**

Executed on         by                                   (Signature)